IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WILLIAMS, | No. C 08-5039 WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL; DENIAL OF LEAVE TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| ALAMEDA COUNTY JAIL, et al, | |
| Defendants. | |

This is a civil rights action filed pro se by a prisoner. The court notified plaintiff that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"). Plaintiff then filed an IFP application, but page five, the "Certificate of Funds in Inmate Account," was not signed, and he did not include a copy of his prisoner trust account statement as required by 28 U.S.C. § 1915(a)(2). The clerk therefore sent him another notice of deficiency. Plaintiff then filed an application containing only the first three pages of the five-page application. Both of the clerk's notices informed plaintiff that if he did not remedy the deficiencies within thirty days the case would be dismissed. He has not done so. Plaintiff's motions for leave to proceed in forma pauperis (documents 3 and 5 on the docket) are **DENIED**. This case is **DISMISSED** without prejudice. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January   27  , 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.08\WILLIAMS5039.DSM-IFP.wpd